November 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD ALAN HAASE AND AUDREY LOIS HAASE, Appellants

NO. 14-14-00287-CV                    V.

SANTANDER CONSUMER USA, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 10, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Richard Alan Haase and Audrey Lois Haase.

We further order this decision certified below for observance.